IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                       No. 19 CR 1091 MV

PETER GOMEZ,

    Defendant.

**DEFENDANT'S RESPONSE IN OPPOSITION TO THE GOVERNMENT'S MOTION IN LIMINE REGARDING ADMISSION OF DEFENDANTS' PRIOR CONVICTION DOCUMENTS**

Peter Gomez, through counsel, submits the following in response to the government's Motion in Limine Regarding Admission of Defendants' Prior Conviction Documents (doc. 54).

Mr. Gomez intends to stipulate that, at that time of the instant offense, (1) he had been convicted of an offense punishable by imprisonment for greater than one year, and (2) he knew of the fact of that conviction. In light of his intention to make those stipulations, the government need not introduce evidence in support of those facts. The government's motion with respect to Mr. Gomez is moot, and therefore the government should not be permitted to submit evidence of the fact of, nature of, or knowledge of Mr. Gomez' prior convictions, and that the exhibits the government proposed to use as proof of those facts should not be admitted.  Respectfully Submitted,

                                            FEDERAL PUBLIC DEFENDER
                                            111 Lomas Blvd NW, Suite 501

Albuquerque, New Mexico 87102
(505) 346-2489
Fax (505) 346-2494

<u>/s/ Hans P. Erickson</u>
Assistant Federal Public Defender