IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

                                                             No. 19-CR-1091 MV

     v.

PETER GOMEZ, and
AMADEO SANCHEZ,

       Defendants.

**MEMORANDUM OPINION AND ORDER**

      **THIS MATTER** is before the Court on the government's Motion in Limine Regarding Admission of Defendant's Prior Conviction Documents. Doc. 54. Defendants Peter Gomez and Amadeo Sanchez are charged with a number of offenses including Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1). *See* Doc. 2 at 3–4. In its motion, the government asks the Court to admit unredacted copies of Mr. Gomez and Mr. Sanchez's prior conviction records so it can prove that they had prior felony convictions of which they were aware when they possessed the firearms in this case. *See* Doc. 54 at 1. The government submits that admitting the records is necessary because "[n]either defendant has stipulated he is a convicted felon, despite several inquiries from the United States." *Id*. However, on April 7, 2020, Mr. Gomez and Mr. Sanchez filed responses in which they each agree to stipulate that, at the time of the instant offense, they had: (1) been convicted of an offense punishable by imprisonment for greater than one year; and (2) knew of the fact of their prior conviction. *See* Doc. 65 at 1, Doc. 68 at 1. The government did not reply.

      Because Mr. Gomez and Mr. Sanchez have represented their intent to stipulate at trial to the fact that they have prior felony convictions of which they were aware at the time of the instant

1

offense, the government no longer has a need to introduce prior conviction records proving those facts.  The government's Motion in Limine Regarding Admission of Defendant's Prior Conviction Documents [Doc. 54] is accordingly **DENIED AS MOOT**.  The Court will revisit this issue if at trial the defendants do not so stipulate.

ENTERED this 21st day of May, 2020.

_____
MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE